# AFFIDAVIT OF RANDY S COYNE

# SUPERVISORY DEPUTY

# UNITED STATES MARSHALS SERVICE

I, Randy S Coyne, being duly sworn, depose and state that:

## INTRODUCTION

I am a Supervisory Deputy US Marshal with the United States Marshals Service, US Department of Justice. I have been employed with the Marshals Service for over five years. I am currently the Supervisor for the Alaska Fugitive Task Force. My duties encompass many areas but my main duty is to oversee and provide investigative and tactical supervision to Deputy US Marshals and Task Force Officers assigned to the Task Force. The Task Force seeks and arrests violent fugitive offenders with both state and federal warrants. Prior to becoming the Supervisor for the Task Force I served as a Deputy assigned full time to the Task Force conducting fugitive investigations. Prior to becoming a Deputy US Marshal I served as a Special Agent with the US Secret Service for 8 years. During my time with the Secret Service I conducted federal criminal investigations into identity theft, counterfeiting, and computer crimes in addition to providing protection to the President of the United States and other heads of State. Prior to working as a Secret Service Agent I served as a member of the Tennessee Highway Patrol and the Jackson, Tennessee Police Department. I worked as a patrolman and drug investigator and K-9 handler. I have over 20 years' experience in law enforcement. During these 20 plus years I have written affidavits for search warrants on numerous occasions including both state and federal cases. I have also testified numerous times in both state and federal court. In addition to my experience I also have a Master of Arts Degree in Criminal Justice and I am a graduate of Northwestern University's School of Police Staff and Command.

On July 18, 2013, a warrant for arrest was issued for **JOSHUA JERMAINE HAYNES** pursuant to a federal indictment (Case Number: 3:13-cr-00079-RRB-DMS-7) charging him with the offenses of drug conspiracy, in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), (b)(1)(A) & (C).

An investigation conducted by myself and other law enforcement personnel indicates that **JOSHUA JERMAINE HAYNES**, who is a fugitive in a federally indicted case, was/is hiding in the Fairbanks, Alaska area.

I submit this affidavit in support of an application for a Federal Search warrant for the address of 2006 Sandvik Road, Apartment #302 for the body of **JOSHUA JERMAINE HAYNES** and/or any indicia of the whereabouts of **HAYNES.**

1

## FACTS

To date, I have learned the following information:

1. On July 18, 2013, an arrest warrant was issued for **JOSHUA JERMAINE HAYNES** for Drug Conspiracy in Violation of 21 USC 846, 841(a)(1), (b)(1)(A) & (C). Thus far, investigators have been unable to locate **HAYNES** and he is considered to be a fugitive whose whereabouts are unknown.

2. The US Marshals Service assumes primary responsibility for the fugitive. Supervisory Deputy Randy and members of the Alaska Fugitive Task Force, Fairbanks Police Department, and Alaska State Troopers have conducted a thorough investigation into the whereabouts of **HAYNES**.

3. Through a review of pertinent case information from previous Statewide Drug Enforcement Unit, Fairbanks Police Department, and Federal Drug Enforcement Agency drug investigations it was determined that **HAYNES** may have been involved with subjects selling drugs in the past who might possibly live in the Park West Apartments located at 2014 through 2002 Sandvik Road, Fairbanks, Alaska.

4. On 1/25/2014, the Alaska Fugitive Task Force conducted surveillance at the Park West Apartment Complex located at 2014 through 2002 Sandvik Road, Fairbanks, Alaska. At approximately 7:15 PM, Supervisory Deputy Randy Coyne observed a subject arrive in a Yellow Taxi Cab and proceed into the Park West Apartments located at 2006 Sandvik Road, Fairbanks, Alaska. Supervisory Deputy Coyne advised other Task Force Members that the subject was believed to be **HAYNES**. Coyne advised that he saw **HAYNES** depart the Taxi and run into 2006 Sandvik Road. Coyne further requested Task Force Officer/Alaska State Trooper Garrett Willis to follow the Taxi when it left and to speak to the Taxi driver and see if he recognized the person who was in his cab as **HAYNES**.

5. Continuing on 1/25/2014, Trooper Willis conferred with the Taxi driver moments after the taxi departed the Sandvik Road area. The driver stated he was 80 % sure that the person who was in his taxi only moments earlier was **HAYNES**. The Taxi driver also said that the subject believed to be **HAYNES** told him (Taxi Driver) "he had done something bad" and was" nervous about being seen", according the Taxi driver.

6. Members of the Task Force continued to investigate after receiving the information from the Taxi driver. Later, on 1/25/2014, Task Force members spoke with a tenet that lives at 2006 Sandvik Road. The tenet stated that he/she had seen **HAYNES** on two days prior. The tenet stated that **HAYNES** was hanging around outside the back of 2006 Sandvik Road and looked suspicious.

7. Later on 1/25/2014, Task Force members Deputy Scott Ireton and Special Agent Ulysses Bloomberg spoke with a member of the apartment Management team at 2006 Sandvik Road in Fairbanks who advised that he/she had seen **HAYNES** recently and that **HAYNES** was staying with a subject named Kenny Matthews who lives in Apartment 302 at 2006 Sandvik Road, Fairbanks, Alaska.

8. While Task Force members were speaking with Management at the Park West Apartments, Supervisory Deputy Coyne positively identified Kenny Matthews riding a bicycle while Matthews was returning to the Sandvik apartment area from the Tesoro located at the corner of University and College in Fairbanks. Coyne saw Matthews return to the area of 2006 Sandvik Road with what appeared to be a soft drink in a large cup.

**CONCLUSIONS**

Based upon my experience and training as a criminal investigator and fugitive investigator I believe that probable cause exists to search the entire apartment located at 2006 Sandvik Road, Apartment #302, Fairbanks, Alaska for the fugitive **JOSHUA JERMAINE HAYNES** and/or any evidence of his whereabouts.

Specifically, I request authorization to search for and seize the items listed in the Search Warrant Application.

Redacted Signature

Randy S Coyne
Supervisory Deputy
United States Marshals Service

SUBSCRIBED AND SWORN TO before me this 26th day of January 2014 at Fairbanks, Alaska.

Redacted Signature

Scott A. Oravec
United States Magistrate Judge